UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 21-cr-609 (LAP) |
| v. | ORDER MODIFYING |
| SAMSONDEEN GOLOBA, | CONDITIONS OF PRE-TRIAL |
| Defendant | RELEASE |

This matter having come before the Court on the application of defendant SAMSONDEEN GOLOBA, through his attorney Elena Fast, Esq., for an Order Modifying conditions of defendant's release and the United States Attorney's Office having expressed to the Court consent to such modification:

1. WHEREAS, on October 20, 2021 bail release conditions limited Mr. Goloba's travel to "SDNY/EDNY; DNJ & District of Texas (for visiting family and with PTS Approval)."

2. WHEREAS, Mr. Goloba is seeking to modify the Pre-Trial Release order to state that travel is limited to SDNY/EDNY/DNJ (no PTS Approval required); and District of Texas (for visiting family and with PTS Approval).

IT IS THE FINDING OF THIS COURT this __29__ day of October 2021, bail conditions shall be modified as follows:

1. Mr. Goloba's travel is limited to SDNY/EDNY/DNJ (no PTS Approval required); and District of Texas (for visiting family and with PTS Approval).

2. All other conditions shall remain the same.

_Loretta A. Preska_
The Honorable Loretta A. Preska
United States District Court Judge