

# The Fast Law Firm, P.C.

521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

March 29, 2022

**Via ECF**
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   Samsondeen Goloba
21 cr 609 (LAP)
Request for Travel Permission

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request travel permission for Mr. Goloba to Charlotte, North Carolina for work purposes.

Mr. Goloba's employment with Optimum Healthcare IT, requires him to travel to Charlotte, North Carolina from March 30, 2022 to April 17, 2022. I have provided details of Mr. Goloba's employment to Pre-Trial Services and AUSA Lasky.

I have conferred with Pre-Trial Officer Hanna (DNJ) and Pre-Trial Officer Harrison (SDNY) who supervise Mr. Goloba. Both have no objection to Mr. Goloba's travel so long as he provides a round trip itinerary and information about his place of stay. Pre-Trial is also requiring that Mr. Goloba maintain his weekly check-ins with Pre-Trial Services while out of state. I have conferred with AUSA Lasky and she is deferring to Pre-Trial on Mr. Goloba's travel request to North Carolina.

I am therefore respectfully requesting that Mr. Goloba be permitted to travel to Charlotte, North Carolina from March 30, 2022 to April 17, 2022 with conditions requested by Pre-Trial as outlined above. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/30/22

cc:   *All parties of record (via ECF)*