

# The Fast Law Firm, P.C.

521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

June 28, 2022

**Via ECF**
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   United States v. Samsondeen Goloba, 21 cr 609 (LAP)
Request for Travel Permission

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request travel permission for Mr. Goloba to Mount Carmel, Illinois and Jacksonville, Florida for work purposes.

Mr. Goloba's employment with Optimum Healthcare IT, requires him to travel to Mount Carmel, Illinois from July 14, 2022 to July 26, 2022. He is also required to travel to Jacksonville, Florida from July 27, 2022 to August 27, 2022.

I have conferred with Pre-Trial Officer Vincent Imbrosciano (DNJ) who supervises Mr. Goloba. He has no objection to Mr. Goloba's travel. Pre-Trial has been provided with copies of offer letters detailing the dates and places of Mr. Goloba's work travel. I have conferred with AUSA Lasky and she is deferring to Pre-Trial on Mr. Goloba's travel request.

I am therefore respectfully requesting that Mr. Goloba be permitted to travel to Mount Carmel, Illinois from July 14, 2022 to July 26, 2022 and Jacksonville, Florida from July 27, 2022 to August 27, 2022.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/28/22

cc:   *All parties of record (via ECF)*