

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

September 22, 2022

**Via ECF**
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**  Samsondeen Goloba
21 cr 609 (LAP)
Request for Travel Permission

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request travel permission for Mr. Goloba to perform work for Emory Healthcare in Atlanta, Georgia from September 26, 2022 through October 28, 2022.

I have provided Mr. Goloba's job offer letter to Pre-Trial and AUSA Lasky. Pre-Trial Officer Harrison (SDNY) has no objection to Mr. Goloba's travel so long as he provides a round trip itinerary and information about his place of stay. AUSA Lasky defers to Pre-Trial.

I am therefore respectfully requesting that Mr. Goloba be permitted to travel to Atlanta, Georgia from September 25, 2022 through October 28, 2022 with conditions requested by Pre-Trial as outlined above. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

**SO ORDERED.**
Dated:    September 22, 2022
          New York, New York

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge

cc:    *All parties of record (via ECF)*