

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

October 21, 2022

<u>Via ECF</u>
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   Samsondeen Goloba
21 cr 609 (LAP)
Request for Travel Permission

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request travel permission for Mr. Goloba to Philadelphia, Pennsylvania for work purposes.

Mr. Goloba has received another temporary job assignment from Deliver Health, which requires him to travel to Philadelphia, Pennsylvania from October 27, 2022 to November 26, 2022. I have provided details of Mr. Goloba's employment to Pre-Trial Services and AUSA Lasky.

I have conferred with Pre-Trial Officer Hanna (DNJ) and Pre-Trial Officer Harrison (SDNY) who supervise Mr. Goloba. Both have no objection to Mr. Goloba's travel so long as he provides a round trip itinerary and information about his place of stay. I have conferred with AUSA Lasky and she is deferring to Pre-Trial on Mr. Goloba's travel request to Philadelphia, Pennsylvania.

I am therefore respectfully requesting that Mr. Goloba be permitted to travel to Philadelpia, Pennyslvania from October 27, 2022 to November 26, 2022 with conditions requested by Pre-Trial as outlined above. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

cc:   *All parties of record (via ECF)*

```
Defendant's travel request to Philadelphia
from October 27, 2022 to November 26, 2022
is granted, provided that the Defendant
provides to Pre-Trial Services a round
trip itinerary and information about his
place of stay to the satisfaction of Pre-
Trial Services.
```

**SO ORDERED.**

*Loretta A. Preska*

10/21/2022