

# The Fast Law Firm, P.C.

521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

November 23, 2022

**Via ECF**
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**     Samsondeen Goloba
            21 cr 609 (LAP)
            Request for Travel Permission

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request travel permission for Mr. Goloba to Florence, South Carolina for work purposes.

Mr. Goloba's employment with Optimum Healthcare IT LLC, requires him to travel to Florence, South Carolina and neighboring hospitals in South Carolina and North Carolina from November 30, 2022 through December 16, 2022.

I have conferred with Pre-Trial Officer Imbrosciano (DNJ) and Pre-Trial Officer Harrison (SDNY) who supervise Mr. Goloba. Both have no objection to Mr. Goloba's travel. I have conferred with AUSA Lasky and she is deferring to Pre-Trial on Mr. Goloba's travel request to Florence, South Carolina and the nearby hospitals.

I am therefore respectfully requesting that Mr. Goloba be permitted to travel to Florence, South Carolina from November 30, 2022 to December 16, 2022. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

*Permission granted on the condition that Mr. Goloba inform the supervising officer of the details of his travel.*

cc:     *All parties of record (via ECF)*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/28/22