

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

January 11, 2023

<u>Via ECF</u>
Hon. Loretta A. Preska
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  **U.S. v. Samsondeen Goloba 21 cr 609 (LAP)**
    Request for extension of time to file objections to the Pre-Sentence Investigation Report

Dear Judge Preska:

I represent Samsondeen Goloba on the above captioned matter. I am writing to respectfully request an extension of time to file objections to the initial draft of the Pre-Sentence Investigation Report.

Mr. Goloba's initial draft of the Pre-Sentence Investigation report was released on December 28, 2022, with the objections due on January 11, 2023. Although Mr. Goloba and I have conferred about the initial draft, we respectfully request an extension until January 20, 2023 to file the Defense objections. *to the PSR.*

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Samsondeen Goloba

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/12/23

cc:  *All parties of record (via ECF)*